IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHIRLEY JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 05-CV-0432 |
| v. | ) |
| AMERIQUEST MORTGAGE COMPANY, | ) HONORABLE DAVID H. COAR |
| AMERIQUEST MORTGAGE SECURITIES, INC., and AMC MORTGAGE SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION AND ORDER REGARDING JUDGMENT**

This is an action to rescind Shirley Jones' ("Plaintiff's") mortgage and recover statutory damages for violations of the Truth in Lending Act, 15 U.S.C. §1601 et seq. On January 31, 2006, this Court granted in part and denied in part Plaintiff's motion for summary judgment against Defendants Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., and AMC Mortgage Services, Inc. (collectively, "Defendants"). On June 13, 2006, this Court ordered the parties to confer and attempt to reconcile their differences as to what amounts Plaintiff has paid to Defendants under her mortgage loan. The parties reached an agreement and, on June 30, 2006, filed a stipulation regarding the rescission calculation.

Pursuant to the agreement, the rescission calculation is: (a) $51,800.00 (the principal amount of the loan); (b) less $3,354.69 (the closing costs, including per diem interest, and excluding any amounts for property insurance or property taxes); (c) less $23,903.00 (the

payments to date, excluding amounts for property insurance, property taxes, and third-party costs, such as for credit life insurance and credit accident and health insurance); (d) less $849.20 (the positive escrow balance). This calculation yields the rescission amount of $23,693.11.

Plaintiff, therefore, is ordered to tender to Defendant Ameriquest Mortgage Securities, Inc. (the present holder of Plaintiff's loan) $23,693.11. Plaintiff is ordered to close on her new loan within thirty days of this Order. In accordance with Plaintiff's unopposed request, within seven days after the closing, Defendant Ameriquest Mortgage Securities, Inc. is ordered to tender directly to Plaintiff $2,000.00 in statutory damages. See 15 U.S.C. 1640(a). Finally, Defendant Ameriquest Mortgage Securities, Inc. is ordered to release its mortgage on Plaintiff's property within seven days after Plaintiff has paid the remaining balance of her loan to Defendants. Cf. 15 U.S.C. § 1635(b). This case is moot as to all other Defendants.

Enter:

/s/ David H. Coar
David H. Coar
United States District Judge

Dated: **July 17, 2006**